No. 95–1350. CHEROKEE INSURANCE CO., BY AND THROUGH WEED, SPECIAL DEPUTY COMMISSIONER OF COMMERCE AND INSURANCE FOR THE REHABILITATION OF CHEROKEE INSURANCE

Co. *v.* E. W. BLANCH CO. ET AL. C. A. 6th Cir. Certiorari denied.